S. STERNAU & CO., Inc., v. GEORGE BORGFELDT & CO.

(Circuit Court of Appeals, Second Circuit. November 13, 1918.)

No. 78.

APPEAL AND ERROR &⇒839(1)—REVIEW—MOOT CASE.

Review of a decision of the Circuit Court of Appeals cannot be had by agreement between counsel for the respective parties, but only on a record and hearing presenting a real contest.

Appeal from the District Court of the United States for the Southern District of New York.

Suit by S. Sternau & Co., Incorporated, against George Borgfeldt & Co. From a decree for defendant, complainant appeals. Appeal dismissed.

John Robert Taylor, of New York City (J. Edgar Bull, of New York City, of counsel), for appellant.

Hans v. Briesen, of New York City, for appellee.

Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. This appeal is dismissed without prejudice, under our decision in Stromberg Co. v. Arnson, 239 Fed. 891, 153 C. C. A. 19. Reconsideration of that case cannot be had by agreement between counsel for the respective parties, but only on a record and hearing presenting a real contest.

&⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes